**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* ____________ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Square One University, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2981444** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**704 West Bay Street**<br>**Tampa, FL 33606**<br>Number, Street, City, State & ZIP Code<br><br>**Miami-Dade**<br>County | **Mailing address, if different from principal place of business**<br><br>**704 West Bay Street**<br>**Tampa, FL 33606**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**5239 University Parkway University Park, FL 34201**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Square One University, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor **See Attached Exhibit - Pending Bankruptcies** Relationship ____
District ____ When ____ Case number, if known ____

Debtor **Square One University, LLC** Case number (*if known*) ____________
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________

Contact name ____________

Phone ____________

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Square One University, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 9, 2017**
MM / DD / YYYY

*X* **/s/ William Milner**
Signature of authorized representative of debtor

**William Milner**
Printed name

Title **Manager**

**18. Signature of attorney**

*X* **/s/ R Scott Shuker**
Signature of attorney for debtor

Date **June 9, 2017**
MM / DD / YYYY

**R Scott Shuker**
Printed name

**Latham, Shuker, Eden & Beaudine, LLP**
Firm name

**PO Box 3353**
**Orlando, FL 32802-3353**
Number, Street, City, State & ZIP Code

Contact phone **(407) 481-5800** Email address

**984469**
Bar number and State

## PETITION EXHIBIT - PENDING BANKRUPTCIES

| Debtor | Relationship | District | Date | Case #, if known |
|---|---|---|---|---|
| Square One Development, LLC | Corporate Parent | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One Winter Park, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One Tamiami, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One University, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One Fort Myers, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One Tampa Bay, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One Henderson, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One Brandon, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One Tyrone, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One The Villages, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One Gainesville, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One Burgers Prop Co, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |
| Square One Lakeland, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Square One University, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alsco<br>P.O. Box 4315<br>Sarasota, FL<br>34230-4315 | | Trade Debt | | | | $928.70 |
| Benderson 85-1 Trust<br>PO Box 823201<br>Philadelphia, PA<br>19182-3201 | | Trade Debt | | | | $1,650.75 |
| Florida Natural Gas<br>P.O. Box 934726<br>Atlanta, GA<br>31193-4726 | | Utilities | | | | $525.97 |
| FPL<br>General Mail Facility<br>Miami, FL<br>33188-0001 | | Utilities | | | | $709.37 |
| Frontier Communications<br>PO Box 740407<br>Cincinnati, OH<br>45274-0407 | | Utilities | | | | $432.76 |
| Gasket Masters of SW FL | | Trade Debt | | | | $2,169.56 |
| Gold Coast Eagle | | Trade Debt | | | | $680.18 |
| Griffin Industries, LLC<br>PO Box 530401<br>Atlanta, GA<br>30353-0401 | | Trade Debt | | | | $329.39 |
| Louis Wohl<br>11101 46th Street<br>Tampa, FL<br>33617-2091 | | Trade Debt | | | | $745.20 |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Square One University, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.<br>Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Manatee County Utilities<br>PO Box 25350<br>Bradenton, FL 34206-5350** | | | | | | **$379.25** |
| **Master Purveyors<br>6003 North 54th Street<br>Tampa, FL 33610** | | **Trade Debt** | | | | **$17,278.96** |
| **Paychex Payroll** | | **Payroll Services** | | | | **$7,529.15** |
| **Restaurant Magic Software<br>4010 W Boy Scout Blvd<br>Suite 300** | | **Trade Debt** | | | | **$417.50** |
| **Southern Star Commercial Svc<br>3711 S. Lockwood Ridge Road<br>Sarasota, FL 34201** | | **Trade Debt** | | | | **$1,391.00** |
| **Southern Wine & Spirits<br>5210 16th Avenue South<br>Tampa, FL 33619** | | **Trade Debt** | | | | **$496.66** |
| **Square One Burgers & Bar<br>704 West Bay Street<br>Tampa, FL 33606** | | **Trade Debt** | | | | **$953.13** |
| **Sysco West Coast Florida<br>3000 69th ST, East<br>Palmetto, FL 34220-1911** | | **Trade Debt** | | | | **$15,655.41** |
| **TramLaw, LLC<br>PO Box 823201<br>Philadelphia, PA 19182-3201** | | **Legal Services** | | | | **$33,786.27** |
| **Vista Serv<br>1509 Edgar Place<br>Sarasota, FL 34240** | | **Trade Debt** | | | | **$693.58** |
| **Weyand Food<br>PO Box 310259<br>Tampa, FL 33680-0259** | | **Trade Debt** | | | | **$3,389.60** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re Square One University, LLC — Debtor(s)

Case No.

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Square One Development, LLC**<br>**704 W Bay Street**<br>**Tampa, FL 33606** | | **N/A** | **Corporate Parent** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 9, 2017**

Signature **/s/ William Milner**

**William Milner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
**Middle District of Florida**

In re **Square One University, LLC** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 9, 2017**

**/s/ William Milner**
**William Milner/Manager**
Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Square One University, LLC
704 West Bay Street
Tampa, FL 33606

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

ADT
PO BOx 371878
Pittsburg, PA 15250-7878

Alsco
P.O. Box 4315
Sarasota, FL 34230-4315

Benderson 85-1 Trust
PO Box 823201
Philadelphia, PA 19182-3201

Blue Bell Creameries, LP
PO Box 973601
Dallas, TE 75397-3601

DVC Marketing
5420 Pioneer Park Blvd.
Suite C

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674

Farm Fresh Produce

First Citrus Bank
Attn: Marc Baumann, SVP
10824 N Dale Mabry Hwy
Tampa, FL 33618

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Florida Natural Gas
P.O. Box 934726
Atlanta, GA 31193-4726

Florida Power & Light Co
PO Box 025576
Miami, FL 33102

FPL
General Mail Facility
Miami, FL 33188-0001

FreshPoint
5445 Bonacker Drive
Tampa, FL 33610

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Gasket Masters of SW FL

Gold Coast Eagle

Griffin Industries, LLC
PO Box 530401
Atlanta, GA 30353-0401

Hide-Away Storage
2590 17th Street
Sarasota, FL 34234

J. Taylor
5102 S. 16th Street
Tampa, FL 33619

Louis Wohl
11101 46th Street
Tampa, FL 33617-2091

Manatee County Tax Collector
PO Box 25300
Bradenton, FL 34206-5300

Manatee County Utilities
PO Box 25350
Bradenton, FL 34206-5350

Master Purveyors
6003 North 54th Street
Tampa, FL 33610

NaturZone Pest Control
1899 POrter Lake Dr
Unit 103
Sarasota, FL 34240-7897

NuCo2
P.O. Box 417902
Boston, MA 02241-7902

Paychex Payroll

Premier Beverage
PO Box 22637
Tampa, FL 33578

Quality Tomato Distribution
2028 Shepherd Rd, #304
Mulberry, FL 33860-8699

Republic Nat'l Distributing
4901 Savarese Circle N
Tampa, FL 33634

Restaurant Magic Software
4010 W Boy Scout Blvd
Suite 300

Sea Breeze International
PO Box 20442
Bradenton, FL 34204-0442

Service With Style
PO Box 2132
Brandon, FL 33509

South Central A\V
PO Box 638768
Cincinnati, OH 45263-8768

Southern Star Commercial Svc
3711 S. Lockwood Ridge Road
Sarasota, FL 34201

Southern Wine & Spirits
5210 16th Avenue South
Tampa, FL 33619

Square One Burgers & Bar
704 West Bay Street
Tampa, FL 33606

Square One Development, LLC
704 W Bay Street
Tampa, FL 33606

Sysco West Coast Florida
3000 69th ST, East
Palmetto, FL 34220-1911

[illegible]Law, LLC
PO Box 823201
Philadelphia, PA 19182-3201

Truly Nolen
4842 N Florida Ave, 2nd Fl
Tampa, FL 33603-2157

Vista Serv
1509 Edgar Place
Sarasota, FL 34240

Weyand Food
PO Box 310259
Tampa, FL 33680-0259